# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00205-CV

---

### In re GTECH Corporation

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relator GTECH Corporation and real parties in interest have filed a joint motion to abate to allow the parties to finalize a settlement agreement reached in the underlying case. We grant the motion and abate the mandamus. The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss or reinstate on or before November 1, 2023.

Before Justices Triana, Smith, and Theofanis

Abated

Filed: May 5, 2023